IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| LINDA TURNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 08-5020-CV-SW-GAF |
| | ) | |
| UNITED STEELWORKERS OF | ) | |
| AMERICA LOCAL 812, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## AMENDED ORDER

On September 5, 2008, this Court entered an Order granting Plaintiff Linda Turner's ("Plaintiff") Motion for Summary Judgment and denying Defendant United Steelworkers of America Local 812, et al.'s (the "Union") Motion for Summary Judgment. (Doc. #24). In accordance with the Eighth Circuit Court of Appeal's decision in *Turner v. United Steelworkers of Am., Local 812*, 581 F.3d 672 (8th Cir. 2009), the Court amends said Order. In conformity with the aforementioned decision, Plaintiff's Motion for Summary Judgment is **GRANTED** regarding her request to confirm the Arbitral Award, but her request for judgment as to the Union's monetary liability for back pay is **DENIED**. Accordingly, the Union's Motion for Summary Judgment on the issue of monetary liability is **GRANTED.**

**IT IS SO ORDERED.**

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: **October 28, 2009**